IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANNY HAGGARD,** | : CIVIL ACTION NO. 1:22-CV-1881 |
| Plaintiff | : |
| | : (Judge Conner) |
| v. | : |
| **HOLLY L. MITKOWSKI,** *et al.*, | : |
| Defendants | : |

## ORDER

AND NOW, this 19th day of December, 2022, upon review of plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's complaint (Doc. 1) is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

2. Plaintiff's motion for leave to amend (Doc. 6) is DENIED.

3. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania